vin *J. Sonosky, Oscar L. Chapman, Martin L. Friedman* and *Marion B. Plant* for Richfield Oil Corp. et al., as *amici curiae,* in support of the petition.

No. 751. COSMARK ET AL. *v.* STRUTHERS WELLS CORP. ET AL. Supreme Court of Pennsylvania. Certiorari denied. *George J. Barco* and *Yolanda G. Barco* for petitioners. *John C. Bane, Jr.* and *John G. Wayman* for Struthers Wells Corp., and *Louis Sherman* and *Laurence J. Cohen* for International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers & Helpers of America, AFL–CIO, et al., respondents.

No. 821. KLINE *v.* MINNESOTA. Supreme Court of Minnesota. Certiorari denied. *Harry H. Peterson* and *Albert E. Jenner, Jr.* for petitioner. *Walter F. Mondale,* Attorney General of Minnesota, and *Sydney Berde,* Special Assistant Attorney General, for respondent.

No. 824. CISIN *v.* UNITED STATES. Court of Claims. Certiorari denied. *Penrose Lucas Albright* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 833. STEINSCHREIBER, DOING BUSINESS AS SIDCAPS LABORATORIES, ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Abraham S. Robinson, Alexander Dreiband* and *Herbert Alan Johnson* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.